■ NIESHA HAYNES, Appellant, v KALEIDA HEALTH et al., Respondents. [961 NYS2d 354]—Appeal from an order of the Supreme Court, Erie County (John M. Curran, J.), entered October 11, 2011. The order granted the motions of defendants for summary judgment and dismissed the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed with costs. Present—Scudder, P.J., Centra, Lindley, Sconiers and Martoche, JJ.

■ In the Matter of WILLIAM DUNSMOOR, Appellant, v TOWN OF OSWEGO PLANNING BOARD et al., Respondents. [960 NYS2d 675]—Appeal from a judgment (denominated order) of the Supreme Court, Oswego County (James W. McCarthy, J.), entered March 21, 2012 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Lindley, Sconiers and Martoche, JJ.